■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY R. GREENE, Appellant. [845 NYS2d 210]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered March 11, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree and attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Smith, Fahey and Pine, JJ.